```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION
```

LEROY LAMONT LEWIS                                              PLAINTIFF

VS.                                     CIVIL ACTION NO. 3:16CV534TSL-RHW

BILLY SOLLIE, ET AL.                                           DEFENDANTS

<u>ORDER</u>

This cause is before the court on the report and recommendation of Magistrate Judge Robert H. Walker entered on April 21, 2017, recommending that defendant Cedric Blanks be dismissed based on plaintiff's failure to accomplish service of process. Plaintiff has filed an objection. The objection, however, does not address service of process, but instead, addresses his alleged exhaustion of administrative remedies. Having reviewed the report and recommendation and plaintiff's objection, the court concludes that the objection is overruled and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Robert H. Walker entered on April 21, 2017, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is further ordered that defendant Cedric Blanks is dismissed from this action.

SO ORDERED this 1st day of June, 2017.

                                           /s/Tom S. Lee
                                           UNITED STATES DISTRICT JUDGE